Dominique M. H. Lemoine, Esq.
LEMOINE & LEFEBVRE, LLP
1117 Perimeter Center West, Ste. E-308
Atlanta, GA 30338
T: (678) 471-0507
F: (770) 351-0097
E: dlemoine@ll-uslaw.com

Stephen J McFarlane, Esq.
McFARLANE LAW, PLC
PO BOX 30405
Phoenix, AZ  85046-0405
T: (480) 991-0032
F: (480) 483-6673
E: Stephen@taxlawaz.com

*Attorneys for Petitioners*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Laetitia Smet and Jean-Philippe Smet,** | ) |
| | ) Case No. 2:20-mc-00055-JJT |
| Petitioners, | ) |
| | ) **OBJECTION TO RESPONDENT'S** |
| v. | ) **MOTION TO EXTEND TIME TO** |
| | ) **RESPOND TO PETITION TO** |
| **United States of America,** | ) **QUASH SUMMONS** |
| | ) |
| Respondent. | ) |
| | ) |

PETITIONERS LAETITIA SMET and JEAN-PHILIPPE SMET (deceased), by and through their undersigned counsel, file this Objection to Respondent's Motion to Extend Time to Respond to Petition to Quash Summons and request this

Court deny Respondent's Motion and order Respondent to serve its responsive pleading.

In support of this Objection, Petitioners hereby allege:

1. Upon request by French tax authorities pursuant to the tax treaty between France and the US, the IRS issued a proxy, third-party summons to MBNA FIA Card Services to obtain certain private credit card information concerning Petitioners account.

2. The tax year for which the French tax authority seeks information is believed to be the tax period from January 1, 2017 to December 31, 2017.

3. The IRS summons requests MBNA to produce: account opening documents (regardless of date); documents concerning authorized users of the account(s)(regardless of date); and monthly account statements.

4. On October 6, 2020, Petitioners filed their Petition to Quash the IRS summons issued to MBNA, claiming among several arguments, that they were not French residents during any time in 2017 and that the documents have already been voluntarily disclosed to the French Treasury by Petitioners.

5. Respondent seeks additional time "to determine the most appropriate way to respond to the Petitioner's claims," but it has had 60 days to contemplate its response pursuant to Fed. R. Civ. P., §12(a).

6. The Rules require investigation and due diligence to be completed before a summons is issued.

7. Respondent further claims that "…, given that the IRS issued the summons pursuant to its international treaty obligations, determining the most appropriate way to respond to the Petition will require more complex considerations …", but such complex considerations should have been analyzed as part of the due diligence in issuing the summons.

8. The case is not complex as neither Petitioner Laetitia Smet nor her then husband, Jean-Philippe Smet (now deceased), were residents of France at any time during 2017, and executing this summons would constitute an abuse of process by the IRS and the French Tax Authority.

9. The IRS and the French Tax agency lack the authority to summons information for a tax year in which it has no access under French law, as neither Petitioner was a resident of France in 2017 and the documents have been disclosed.

10. There is no good cause shown for this extension of time and this Motion to Extend must be denied.

WHEREFORE, Petitioners request this Court deny Respondent's request for an additional 30 days to respond to the Petition. Petitioners submits a proposed order to this effect.

/ / /
/ / /

DATED: December 2, 2020        /s/ Stephen J. McFarlane
STEPHEN J. McFARLANE
McFARLANE LAW, PLC

DOMINIQUE LeMOINE
LeMOINE LEFEVRE

*Attorneys for Petitioners*

## Certificate of service

I hereby certify that on December 2, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for the Respondents.

/s/ Stephen J. McFarlane
STEPHEN J. McFARLANE
McFARLANE LAW, PLC