Case 2:20-mc-00055-JJT   Document 11   Filed 12/11/20   Page 1 of 2

Dominique M. H. Lemoine, Esq.
LEMOINE & LEFEBVRE, LLP
1117 Perimeter Center West, Ste. E-308
Atlanta, GA 30338
T: (678) 471-0507
F: (770) 351-0097
E: dlemoine@ll-uslaw.com

Stephen J McFarlane, Esq.
McFARLANE LAW, PLC
PO BOX 30405
Phoenix, AZ  85046-0405
T: (480) 991-0032
F: (480) 483-6673
E: Stephen@taxlawaz.com

*Attorneys for Petitioners*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Laetitia Smet and Jean-Philippe Smet,** ) | |
| ) | Case No. 2:20-mc-00055-JJT |
| **Petitioners,** ) | |
| ) | **NOTICE OF LEAVE OF ABSENCE** |
| v. ) | |
| ) | |
| **United States of America,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

      PETITIONERS LAETITIA SMET and JEAN-PHILIPPE SMET (deceased), by and through their undersigned counsel, file this Notice of Leave of Absence on behalf of Attorney Dominique LeMoine with this Court.

1

DATED: December 11, 2020      */s/ Stephen J. McFarlane*
STEPHEN J. McFARLANE
McFARLANE LAW, PLC

DOMINIQUE LeMOINE
LeMOINE LEFEVRE

*Attorneys for Petitioners*

### Certificate of service

I hereby certify that on December 11, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for the Respondents.

*/s/ Stephen J. McFarlane*
STEPHEN J. McFARLANE
McFARLANE LAW, PLC